**Order entered December 31, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00730-CV

## IN RE NURAN, INC., Relator

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-17708**

### ORDER
Before Justices Whitehill, Pedersen, III, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/     CORY L. CARLYLE
JUSTICE